WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**AFSANEH TEHRANI**<br><br>DOB: ▮▮▮  PDID: | DOCKET NO: **06-234**   MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>**AFSANEH TEHRANI**<br><br>FILED<br>AUG 0 4 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

**HEALTH CARE FRAUD;**

**FALSE STATEMENTS REGARDING HEALTH CARE MATTERS;**

**CRIMINAL FORFEITURE.**

IN VIOLATION OF:  UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 1347; 18 U.S.C. § 1035; 18 U.S.C. § 982(a)(7) and (b)(1).

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: ALAN KAY, U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) ALAN KAY, U.S. MAGISTRATE JUDGE | DATE ISSUED: AUG 03 2006 |
| CLERK OF COURT: NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK: /s/ | DATE: AUG 03 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/3/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8/4/06 | Stephanie K Owens, Deputy U.S. Marshal | /s/ Stephen K. |
| HIDTA CASE: Yes ☐ No ☐ | | OCDETF CASE: Yes ☐ No ☐ |