CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | Criminal No. 1:06-CR-00234-HHK |
| v. | : | |
| AFSANEH TEHRANI, | : | |
| Defendant | : | |

TO:   NANCY MAYER-WHITTINGTON, CLERK

   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

   I AM APPEARING IN THIS ACTION AS:   RETAINED.

_____
Steven D. Gordon, Esq.
District of Columbia Bar No. 219287
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Telephone:  (202) 955-3000
Fax:  (202) 955-5564
Email:  steven.gordon@hklaw.com

DATED: October 3, 2006

# 4086854_v1