UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | Criminal No. 1:06-CR-00234-HHK |
| | : | |
| v. | : | |
| | : | |
| AFSANEH TEHRANI, | : | |
| | : | |
| Defendant | : | |

**JOINT MOTION FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through its Attorney, the United States Attorney for the District of Columbia, and the defendant, through her counsel, Steven D. Gordon, hereby move to exclude time under the Speedy Trial Act. In support of their motion, the parties present the following.

The defendant was indicted on August 3, 2006. The defendant was arraigned on August 4, 2006. Under the time limits of the Speedy Trial Act ("the Act"), the trial of this matter would have to begin by October 13, 2006.

Defendant's lead counsel, Steven D. Gordon, began his representation in this matter on August 4, 2006. Mr. Gordon had no previous involvement in this case during the investigative phase.

The indictment consists of one count of health care fraud and 54 counts of false statements regarding health care matters based on alleged dental insurance billing fraud involving different patients over the course of four years. Following arraignment, the defense has obtained discovery from the Government on several occasions and has undertaken its own investigation of the relevant facts. Because patient records are unavailable for many of the

counts, it is necessary to interview the patients in order to verify whether the billed services were delivered. The investigative process is time-consuming and will require several more weeks, at a minimum, to complete. This investigation is essential to permit the defense to evaluate the case and then either enter into plea negotiations or adequately prepare a defense for trial.

The parties had planned to present this request to exclude time to the Court at the status hearing set for September 27, 2006. On that date, however, the Court's calendar was disrupted by the evacuation of the courthouse. The matter was set for a new status date of October 27.

Because adequate preparation for trial cannot reasonably be completed prior to the speedy trial date, selection of a trial date outside the strict time limits of the Act would serve the ends of justice and outweigh the interest of the parties and the public in a speedy trial within the meaning of the Act. The Act directs the Court to consider the following non-exhaustive list of factors when deciding whether the interests of justice warrant excluding time in selecting a trial date:

> Whether the case is so unusual, or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by [the Act].

18 U.S.C. § 3161(h)(8)(B)(ii). In addition, the Court may consider the following:

> Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. § 3161(h)(8)(B)(iv).

The parties submit that the reasons provided above justify exclusion of time under the Act, and they have attached a proposed Order for the Court's convenience.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                Interim United States Attorney
                D.C. Bar No. 498610

By: _____
     THOMAS E. ZENO
     Assistant United States Attorney
      D.C. Bar. No. 348623
     Fraud & Public Corruption Section
     555 4th St., N.W.
     Washington, D.C. 20530
     (202) 514-6957

*Counsel for the United States*

_____
Steven D. Gordon, Esq.
District of Columbia Bar No. 219287
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Telephone: (202) 955-3000
Fax: (202) 955-5564
Email: steven.gordon@hklaw.com

*Counsel for Defendant*

# 4079408_v1