UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff | : | Criminal No. 1:06-CR-00234-HHK |
| v. | : | |
| **AFSANEH TEHRANI,** | : | |
| Defendant | : | |

## ORDER

FOR GOOD CAUSE SHOWN, the Court finds that the joint request of the defendant and the government to exclude time under the Speedy Trial Act ("the Act") should be granted. The Court finds, having considered the factors set forth at Title 18, United States Code, Sections 3161(h)(8)(A) & (B)(iv), that the grounds for exclusion of time would serve the ends of justice and would outweigh the interests of the parties and the public in a trial within the time limits of the Act.

The Court adopts the factual representations presented in the joint motion of the parties. It would be unreasonable for trial to proceed within the presumptive time limit set by the Act because the number of factually distinct episodes included in the indictment require a more extended period to permit adequate defense investigation and preparation for trial and pre-trial litigation.

Therefore, pursuant to Sections 3161(h)(8)(A) & (B)(iv), the Court finds that the interests of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial within the meaning of the Act and the Court excludes the time between August 4, 2006, and October 27, 2006.

DATED: _____        _____
                                HENRY H. KENNEDY
                                UNITED STATES DISTRICT JUDGE