UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | Criminal No. 1:06-CR-0234-HHK |
| v. | : | |
| AFSANEH TEHRANI, | : | |
| Defendant | : | |

## MOTION TO PERMIT DEFENDANT TO
## TRAVEL TO VISIT HER CHILD

The defendant, through her counsel, Steven D. Gordon, moves the Court to amend her conditions of pre-trial release to permit her to travel this weekend, November 3 -5, 2006, to visit her child who is a student at Virginia Tech in Blacksburg, Virginia. In support of this motion, defendant submits the following points and authorities.

Defendant was arraigned on August 4, 2006, and released on her personal recognizance with certain conditions, including that she stay within a 50-mile radius of the District of Columbia. Defendant has a child who is a student at Virginia Tech in Blacksburg, Virginia. She and her husband wish to visit their child this weekend.

Defendant contacted the Pretrial Services Agency to seek permission for this travel but was advised that permission from the Court would be required.

Defendant is in compliance with her conditions of release. She appeared before the Court last Friday, October 27, 2006, and is due back before the Court on November 14, 2006.

Defense counsel attempted to contact the prosecutor, AUSA Thomas Zeno, to seek his consent on this matter, but AUSA Zeno is tied up in a hearing all day today.

WHEREFORE it is respectfully requested that this motion be granted. A proposed order is submitted herewith.

Respectfully submitted,

/s/ Steven D. Gordon

Steven D. Gordon, Esq.
District of Columbia Bar No. 219287
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Telephone: (202) 955-3000
Fax: (202) 955-5564
Email: steven.gordon@hklaw.com

*Counsel for Defendant*
