UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | Criminal No. 1:06-CR-0234-HHK |
| v. | : | |
| AFSANEH TEHRANI, | : | |
| Defendant | : | |

### ORDER

Upon consideration of defendant's motion for permission to travel to visit her child and the Court being fully advised of the premises, it is hereby

ORDERED that defendant's conditions of pre-trial release are amended to permit her to travel this weekend, November 3 -5, 2006, to visit her child who is a student at Virginia Tech in Blacksburg, Virginia.

DATED: _____    _____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

# 4158885_v1