**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOV 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : Criminal No. 1:06-CR-00234-HHK |
| | : |
| v. | : |
| | : |
| **AFSANEH TEHRANI,** | : |
| | : |
| Defendant | : |

## STATEMENT OF THE OFFENSE

Defendant Afsaneh Tehrani ("Ms. Tehrani") agrees to the following statement of the offense.

Ms. Tehrani is the owner, President, Vice President, Secretary, and Treasurer of DC Dentistry, Inc., a District of Columbia corporation that operates a dental clinic located at 1712 I Street, N.W., Suite 910, Washington, D.C. 20006. DC Dentistry employs licensed dentists to perform dental procedures and to provide dental services to patients. The dentists provide a range of dental services, including cleaning teeth, inserting fillings, extracting teeth, and orthodontic procedures such as the fitting of braces.

Ms. Tehrani is not a dentist. She operates and manages the clinic, makes appointments, collects payments from patients, performs billing to private insurance companies for services, and pays the clinic's expenses, including the payroll. Ms. Tehrani also hires the dentists and pays them a fee for their services.

Between 2000 and 2004 Ms. Tehrani submitted or caused to be submitted false claims for payment to private insurance companies, including Aetna and Metlife, for dental work performed or allegedly performed by dentists of DC Dentistry on patients of DC Dentistry. Aetna and Metlife are health care benefit programs, in that they are private plans or contracts, affecting commerce, under which medical benefits or services are provided to individuals. These claims were false because they asserted that dental procedures had been performed on patients when, in fact, no such procedures were performed, or because they sought payment for the same procedures that already had been billed to and paid by another insurance company. Aetna and Metlife paid for false claims by mailing checks to the DC Dentistry office in Washington, D.C.

_____
Afsaneh Tehrani

11/14/06
Date