# Exhibit 1



صفحه : ۱

| | |
|---|---|
| نام ونام خانوادگي مددجو: | سهيلا   كهندل پور |
| شماره عضويت مددجو: | لاله ۸۷۹ |
| تاريخ تنظيم: | ۱۳۸۱ |
| نوبت گزارشگيري: | اول ☐  دوم ■ |

**وضعيت سلامتي:**

ازجهت جسمي:  كاملا سلامت ☐   بيمار ☐   معلول ■   نوع بيماري يامعلوليت: معلوليت

تغيير در وضعيت روحي:  تغيير مثبت ■   تغيير منفي ☐

**وضعيت تحصيلي:**

نوع مدرسه:  مدرسه دولتي ☐   كلاس: ديپلمه
مدرسه غير انتفاعي ☐
مدرسه نمونه مردمي ☐

معدل نيمه اول:
معدل نيمه دوم:

**دوره هاي فوق برنامه:**

شركت در كلاسهاي فوق برنامه ☐   مواد درسي ☐
استفاده ازمعلم خصوصي ☐

قبولي در دانشگاه ☐   نام دانشگاه:    رشته:

SOHEILA KOHANDPOUR

She has finished high school
She is ill

**وضعيت زندگي:**

تغيير در وضعيت مسكن ☐   تغيير در درآمدخانواده ☐   تغيير در وضعيت سلامتي ☐

**ليست فعاليتهاي انجام شده توسط مددكار:**

| | | |
|---|---|---|
| مقرري ماهانه ■ | مبلغ: ۳۵۰۰۰۰ | ريال |
| تهيه پوشاك ☐ | اول سال ■   اول پاييز ☐   زمانهاي ديگر ☐ | |
| تهيه آذوقه ☐ | | |
| كمك جهت مسكن ☐ | تعميرمسكن ☐   اجاره مسكن ☐   خريدمسكن ☐ | |
| پرداخت شهريه ☐ | مدرسه ☐   كلاسهاي خصوصي ☐   معلم خصوصي ☐ | |
| تهيه لوازم تحصيلي ☐ | | |
| كمك هزينه اياب وذهاب به مدرسه ☐ | | |
| اهداءجايزه ☐ | به دليل موفقيت تحصيلي ☐   به دليل پيشرفت اخلاقي ☐ | |
| اهداء عيدي ☐ | عيد نوروز ■   اعياد مذهبي ☐   اهداي عيدي به خواهران و برادران مددجو ☐ | |
| كمك هزينه تهيه لوازم منزل ☐ | بخاري ☐   پنكه ☐   تلويزيون ☐   آبگرمكن ☐   يخچال ☐ | |
| | اجاق گاز ☐   كولر ☐   راديوضبط ☐   فرش ☐   ساير ☐ نام ببريد: | |

**كمك به اعضاي خانواده مددجو:**

| | |
|---|---|
| سوادآموزي به اعضاءخانواده ☐ | تعليمات تخصصي به اعضاء خانواده ☐ |
| كاريابي براي اعضاي خانواده ☐ | كمك تحصيلي به اعضاي خانواده ☐ |
| پرداخت قرض الحسنه ☐ | كمك هاي ديگر ☐ |

صفحه : ۲

نام ونام خانوادگي مددجو:    سهيلا    كهندل پور    شماره عضويت:    لاله۸۷۹

نیازمندیهاي فوري:

نيازهاي تحصيلي وغير تحصيلي مددجو(نام ببريد):

ضبط صوت،نوار،قران به خط بریل

مبلغ برآوردی    ۱۵۰۰۰۰    ریال

نيازهاي خواهران وبرادران مددجو(نام ببريد):

ضبط صوت،پوشاک جهت برادر نابینا

مبلغ برآوردی    ۱۵۰۰۰۰    ریال

نيازهاي عمومي خانواده(نام ببريد):

آبگرمکن و بخاری

مبلغ برآوردی    ۱۰۰۰۰۰    ریال

پيام مددكار به كفيل محترم:

فرارسیدن بهار را که با شکفتن شکوفه ها همراه هستند به شما و خانواده محترمتان تبریک عرض نموده و آرزومند سالی خوش برای شما از درگاه ایزد منان هستم

نام مددکار:    بدرالزمان سلیمانی