# Exhibit 2

Case 1:06-cr-00234-HHK    Document 13-3    Filed 02/02/2007    Page 1 of 6





بنیاد کودک

گزارش شش ماهه

صفحه : ۱

نام و نام خانوادگی مددجو: رقیه    آزادی    تاریخ تنظیم: ۱۳۸۱

شماره عضویت مددجو: ۵۱۸۸لاله    نوبت گزارشگیری: اول ☐ دوم ■

وضعیت سلامتی:

از جهت جسمی: کاملا سلامت ■    بیمار    معلول    نوع بیماری/معلولیت

تغییر در وضعیت روحی: تغییر مثبت    تغییر منفی ■

وضعیت تحصیلی:

نوع مدرسه: مدرسه دولتی ■    کلاس: اول دبیرستان    معدل نیمه اول:
مدرسه غیر انتفاعی                                    معدل نیمه دوم: ۱۲٫۰۷
مدرسه نمونه مردمی

دوره های فوق برنامه:

شرکت در کلاسهای فوق برنامه    مواد درسی: ریاضی و شیمی
استفاده از معلم خصوصی ■

ROGHIEH AZADI

قبولی در دانشگاه    نام دانشگاه    رشته:

وضعیت زندگی:

تغییر در وضعیت مسکن    تغییر در درآمد خانواده    تغییر در وضعیت سلامتی ■

لیست فعالیتهای انجام شده توسط مددکار:

مقرری ماهانه ■    مبلغ ۲۵۰۰۰۰    ریال
تهیه پوشاک ■    اول سال    اول پاییز    زمانهای دیگر ■
تهیه ادوقه
کمک جهت مسکن    تعمیر مسکن    اجاره مسکن    خرید مسکن
پرداخت شهریه ■    مدرسه ■    کلاسهای خصوصی    معلم خصوصی
تهیه لوازم تحصیلی ■
کمک هزینه ایاب و ذهاب به مدرسه ■
اهداء جایزه    به دلیل موفقیت تحصیلی    به دلیل پیشرفت اخلاقی
اهداء عیدی ■    عید نوروز ■    اعیاد مذهبی    اهدای عیدی به خواهران و برادران مددجو
کمک هزینه تهیه لوازم منزل ■    بخاری    پنکه ■    تلویزیون    آبگرمکن    یخچال
                                اجاق گاز    کولر    رادیو ضبط    فرش    سایر    نام ببرید:

کمک به اعضای خانواده مددجو:

سوادآموزی به اعضاء خانواده    تعلیمات تخصصی به اعضاء خانواده
کاریابی برای اعضاء خانواده    کمک تحصیلی به اعضاء خانواده



بنیاد کودک                گزارش شش ماهه

صفحه : ۲

نام ونام خانوادگی مددجو:     رقیه     آزادی          سماره عضویت مددجو:          لاله ۵۱۸

نیازمندیهای فوری:

نیازهای تحصیلی وغیر تحصیلی مددجو(نام ببرید):

مبلغ برآوردی                    ریال

نیازهای خواهران وبرادران مددجو(نام ببرید):

مبلغ برآوردی                    ریال

نیازهای عمومی خانواده(نام ببرید):
یخچال

مبلغ برآوردی        ۱۵۰۰۰۰        ریال

پیام مددکار به کفیل محترم:

با سلام و سپاس از شمائی که دستان گرمتان کمک بهتر و محبتی است برای نوجوانی نیازمند و مستعد

نام مددکار:    رسول فتحه

بنیاد کودک    گزارش شش ماهه

صفحه: ۱

نام ونام خانوادگی: رقیه    آزادی    تاریخ تنظیم: ۱۳۸۳

شماره عضویت: لاله۱۸۸    نوبت: اول ■ دوم

وضعیت:

ازجهت:    کاملا سلامت    بیمار ■    معلول    نوع بیماری یا معلولیت

تغییر در وضعیت:    تغییر مثبت ■    تغییر منفی

وضعیت تحصیلی:

نوع:    مدرسه دولتی ■    کلاس: سوم دبیرستان    معدل نیمه اول: ۰
        مدرسه غیر انتفاعی                               معدل نیمه دوم: ۱۳.۲۶
        مدرسه نمونه مردمی

ROGHIEH AZADI

دوره های فوق برنامه:
مواد درسی:    شرکت در کلاسهای فوق برنامه
            استفاده از معلم خصوصی

قبولی در دانشگاه    نام دانشگاه:    رشته:

وضعیت زندگی:
    تغییر در وضعیت مسکن    تغییر در درآمد خانواده    تغییر در وضعیت سلامتی خانواده

لیست فعالیتهای انجام شده توسط مددکار:

مقرری ماهانه ■    مبلغ: ۲۵۰۰۰ ریال
تهیه پوشاک ■    اول سال    اول پاییز    زمانهای دیگر
تهیه آذوقه ■
کمک جهت مسکن    تعمیر مسکن    اجاره مسکن    خرید مسکن
پرداخت شهریه ■    مدرسه ■    کلاسهای خصوصی    معلم خصوصی
تهیه لوازم تحصیلی ■
کمک هزینه ایاب و ذهاب به مدرسه
اهدا جایزه ■    به دلیل موفقیت تحصیلی    به دلیل پیشرفت اخلاقی ■
اهداء عیدی    عید نوروز    اعیاد مذهبی    اهدای عیدی به خواهران و برادران مددجو
کمک هزینه تهیه لوازم منزل    بخاری    پنکه    تلویزیون    انگرمکن    یخچال
                        اجاق گاز    کولر    رادیوضبط    فرش    سایر    نام ببرید:

کمک به اعضای خانواده مددجو:
    سوادآموزی به اعضاء خانواده    تعلیمات تخصصی به اعضاء خانواده
    کاریابی برای اعضاء خانواده    کمک تحصیلی به اعضاء خانواده
    پرداخت قرض الحسنه    کمک های دیگر

بنیادکودک                                    گزارش شش ماهه

صفحه : ۲

نام ونام خانوادگی:    رقیه    آزادی            شماره عضویت: لاله۱۸۵

نیازمندیهای فوری:

نیازهای تحصیلی وغیر تحصیلی مددجو(نام ببرید):

پوشاک و لوازم التحریر

مبلغ برآوردی    ۲۰۰۰۰    ریال

نیازهای خواهران وبرادران مددجو(نام ببرید):

مبلغ برآوردی    ریال

نیازهای عمومی خانواده(نام ببرید):

مبلغ برآوردی    ریال

پیام مددکار به کفیل محترم:

شکرانه بازوی توانا            بگرفتن دست ناتوان است

نام مددکار:    رسول فتحه