# Exhibit 3





بنیاد کودک

گزارش شش ماهه

صفحه : ۱

| | | |
|---|---|---|
| نام ونام خانوادگی مددجو: | حمیده | دربین |
| شماره عضویت مددجو: | لاله ۹۰۲ | |

تاریخ تنظیم: ۱۳۸۱

نوبت گزارشگیری:  اول ■   دوم □

وضعیت سلامتی:

ازجهت جسمی:  کاملا سلامت ■   بیمار □   معلول □   نوع بیماری یامعلولیت:

تغییر در وضعیت روحی:  تغییر مثبت ■   تغییر منفی □

وضعیت تحصیلی:

نوع مدرسه:  مدرسه دولتی ■   کلاس:   معدل نیمه اول:
مدرسه غیر انتفاعی □   معدل نیمه دوم:
مدرسه نمونه مردمی □

دوره های فوق برنامه:

شرکت در کلاسهای فوق برنامه □   مواد درسی:
استفاده ازمعلم خصوصی □

HAMIDEH DARBIN

قبولی در دانشگاه □   نام دانشگاه:   رشته:

وضعیت زندگی:

تغییر در وضعیت مسکن □   تغییر در درآمدخانواده □   تغییر در وضعیت سلامتی □

لیست فعالیتهای انجام شده توسط مددکار:

| | |
|---|---|
| مقرری ماهانه ■ | مبلغ: ۴۰۰۰۰۰ ریال |
| تهیه پوشاک □ | اول سال □   اول پاییز □   زمانهای دیگر □ |
| تهیه آذوقه ■ | |
| کمک جهت مسکن □ | تعمیرمسکن □   اجاره مسکن □   خریدمسکن □ |
| پرداخت شهریه □ | مدرسه □   کلاسهای خصوصی □   معلم خصوصی □ |
| تهیه لوازم تحصیلی ■ | |
| کمک هزینه ایاب وذهاب به مدرسه □ | |
| اهداءجایزه □ | به دلیل موفقیت تحصیلی □   به دلیل پیشرفت اخلاقی □ |
| اهداء عیدی □ | عید نوروز ■   اعیاد مذهبی □   اهدای عیدی به خواهران و برادران مددجو □ |
| کمک هزینه تهیه لوازم منزل □ | بخاری □   پنکه □   تلویزیون □   آبگرمکن □   یخچال □ |
| | اجاق گاز □   کولر □   رادیوضبط □   فرش □   سایر □   نام ببرید: |

کمک به اعضای خانواده مددجو:

سوادآموزی به اعضاءخانواده □   تعلیمات تخصصی به اعضاء خانواده □
کاریابی برای اعضاء خانواده □   کمک تحصیلی به اعضاء خانواده □



بنیادکودک        گزارش شش ماهه

صفحه : ۲

نام ونام خانوادگی مددجو:        حمیده        دربین        شماره عضویت مددجو:        لاله ۹۰۲۸

نیازمندیهای فوری:

نیازهای تحصیلی وغیر تحصیلی مددجو(نام ببرید):

چون مددجو به صورت متفرقه درس می خواند و نیاز به شهریه مدرسه ، لوازم تحریر و وسایل مدرسه دارد

مبلغ برآوردی   ۱۰۰۰۰۰   ریال

نیازهای خواهران وبرادران مددجو(نام ببرید):

مبلغ برآوردی        ریال

نیازهای عمومی خانواده(نام ببرید):

مبلغ برآوردی   ۱۰۰۰۰۰۰   ریال

پیام مددکار به کفیل محترم:

با سپاس و تشکر از شما هموطن عزیز که دست دختر بی پناه و سرگردانی را گرفتید و باعث شدید که او احساس امنیت کند و می تواند روی پای خود باستد و با آرامش مجدداً به سراغ درس و مدرسه برود

نام مددکار:    سرور دادخواه



بنیاد کودک

گزارش شش ماهه

صفحه : ۱

| | | | |
|---|---|---|---|
| نام و نام خانوادگی: حمیده | دربین | تاریخ تنظیم: ۱۳۸۳ | |
| شماره عضویت: لاله ۹۰۲ | | نوبت: اول ■  دوم ☐ | |

**وضعیت:**

ازجهت جسمی: کاملاً سلامت ■   بیمار ☐   معلول ☐   نوع بیماری یا معلولیت:

تغییر در وضعیت روحی: تغییر مثبت ■   تغییر منفی ☐

**وضعیت تحصیلی:**

نوع مدرسه: مدرسه دولتی ☐   کلاس: بزرگسالان ■       معدل نیمه اول:
مدرسه غیر انتفاعی ☐                                معدل نیمه دوم:
مدرسه نمونه مردمی ☐

**دوره های فوق برنامه:**

شرکت در کلاسهای فوق برنامه ☐   مواد درسی: ☐
استفاده از معلم خصوصی ☐

قبولی در دانشگاه ☐   نام دانشگاه ☐     رشته:

**وضعیت زندگی:**

تغییر در وضعیت مسکن ☐   تغییر در درآمد خانواده ☐   تغییر در وضعیت سلامتی ☐

**لیست فعالیتهای انجام شده توسط مددکار:**

| | |
|---|---|
| مقرری ماهانه ■ | مبلغ: ۴۰۰۰۰۰ ریال |
| تهیه پوشاک ☐ | اول سال ☐   اول پاییز ☐   زمانهای دیگر ☐ |
| تهیه آذوقه ☐ | |
| کمک جهت مسکن ☐ | تعمیر مسکن ☐   اجاره مسکن ☐   خرید مسکن ☐ |
| پرداخت شهریه ☐ | مدرسه ☐   کلاسهای خصوصی ☐   معلم خصوصی ☐ |
| تهیه لوازم تحصیلی ☐ | |
| کمک هزینه ایاب و ذهاب به مدرسه ☐ | |
| اهداء جایزه ☐ | به دلیل موفقیت تحصیلی ☐   به دلیل پیشرفت اخلاقی ☐ |
| اهداء عیدی ☐ | عید نوروز ☐   اعیاد مذهبی ☐   اهدای عیدی به خواهران و برادران مددجو ☐ |
| کمک هزینه تهیه لوازم منزل ☐ | بخاری ☐   پنکه ☐   تلویزیون ☐   آبگرمکن ☐   یخچال ☐ |
| | اجاق گاز ☐   کولر ☐   رادیوضبط ☐   فرش ☐   سایر ☐ نام ببرید: |

**کمک به اعضای خانواده مددجو:**

| | |
|---|---|
| سوادآموزی به اعضاء خانواده ☐ | تعلیمات تخصصی به اعضاء خانواده ☐ |
| کاریابی برای اعضای خانواده ☐ | کمک تحصیلی به اعضای خانواده ☐ |
| پرداخت قرض الحسنه ☐ | کمک های دیگر ☐ |



بنیاد کودک | گزارش شش ماهه |

صفحه : ٢

| نام ونام خانوادگی: | حمیده | دربین | شماره عضویت: لاله ٩٠٢ |

نیازمندیهای فوری:

نیازهای تحصیلی وغیر تحصیلی مددجو(نام ببرید):

مبلغ برآوردی                    ریال

نیازهای خواهران وبرادران مددجو(نام ببرید):

مبلغ برآوردی                    ریال

نیازهای عمومی خانواده(نام ببرید):

مبلغ برآوردی                    ریال

پیام مددکار به کفیل محترم:

مهم نیست که در کدام نقطه این جهان پهناور ایستاده ای مهم این است که در کدام راستا قدم برمیداری با سلام و درود خدمت شما هموطن عزیز همانطور که حمیده در نامه اش برای شما نوشته و در گزارش قبل هم مطلع شدید مریم به علت مشکلات زندگی و ناراحتی روحی ناشی از این به توصیه روانپزشک ترک تحصیل نموده و امسال مجددا می خواهد ادامه تحصیل دهد

نام مددکار:                    سرور دادخواه

به نام آنکس که اشک کودکان تا سرزمین مرداع آسمان بلند‌ند

خدمت بزرگوار هجرین ...

با درود، شبهاک قول محبت دادم با در شر قلم با در دست پلیم، از سیپان نگاه مهربان و از محبت شماست که خستگی ما حم با در می کنم حتی

اگر آن نگاه در دوم روم نباشد، امیدوارم که بمان همواره با گاشم باشد. می خواهم بعض الطلاع شما خوب عرض کنم.

من به دلیل شرایط روحی و موافق نبودن دو نیت شکم با رحم خودم می خواهم که درس بخوانم، از نظر من لندن رفتن خیلی بعید از اصلا پیش بنم شدنی است.

اما پیش از معدل یازده با دوازده درنتوانم نمی باشد، در ایران هر سبی نخسنم، شک پدر حالا آنگونه نباشد که غیر بحبوری هستم، در ایران اگر هر دو ۵ در سال

دوم دبیرستان در رشته حی جمع غیرای (جسابداری) غیر فروری سپه‌لا می نشم، شپد به آنوقت بتوانم معدل با ۴ آ که اراده دهم، مثال، من در علاس نیری می‌روم جنبه مدیریت گرفته ام. اما متاسف از نظر درسی باز سپه ضعیفی دارم که به تقویت کنم، البته خدا بحتر می داند که من سعی وتلاشم را می کنم امیدوارم که در آینده

این سعی وتلاش با یه نتیجه ی برسد. به آشنای شما همگیان فعیل پکاه می رسانم سپیده و بزنیده ای نگاه می کنم و هر روز با موجود ان چان می کنم.

از خدای می خواهم که همشه سلامت باشید.

حمیده فرنوبس