# Exhibit 4




۱۸ / ۹ / ۱۳۸۱

به نام خدا

سلام، سلامی چو بوی خوش آشنائی.

با عرض سلام خدمت شما و خانواده محترمتان، امیدوارم که همیشه سلامت و موفق باشید. صدتی که با شما آشنا شوم بسیار خوشحالم. از آن زمان که شما مرا مورد لطف خود قرار داده اید بسیاری از مشکلات زندگیمان حل شده و رنگ وبوی تازه ای گرفته و من می توانم بهتر و راحت تر درس بخوانم. با لطف خدا و مساعدت شما توانستم امسال در با نمره سوم راهنمایی با معدل ۱۸٫۳۱ قبول شوم و برادرم وخواهرم به ترتیب در مقطع متوسطه و پنجم ابتدایی با معدل ۱۷٫۵۹ و ۱۹٫۹۷ قبول شوند و هر دیگرم توانست با موفقیت سال اول دانشگاه را سپری کند.

با سپاس فراوان

تقی ابراهیمی



بنیاد کودک | گزارش شش ماهه

صفحه : ۱

نام ونام خانوادگی مددجو: تقی ابراهیمی    تاریخ تنظیم: ۱۳۸۱

شماره عضویت مددجو: شقایق ۵۰۸    نوبت گزارشگیری: اول ■ دوم □

وضعیت سلامتی:

ازجهت جسمی: کاملا سلامت □   بیمار □   معلول ■   نوع بیماری یامعلولیت: نابینا

تغییر در وضعیت روحی:   تغییر مثبت ■   تغییر منفی □

وضعیت تحصیلی:

نوع مدرسه: مدرسه دولتی ■   کلاس: سوم راهنمائی    معدل نیمه اول:
مدرسه غیر انتفاعی □
مدرسه نمونه مردمی □    معدل نیمه دوم: ۱۸,۵۲

TAGHI EBRAHIMI

دوره های فوق برنامه:
شرکت در کلاسهای فوق برنامه □   مواد درسی:
استفاده ازمعلم خصوصی □

قبولی در دانشگاه □   نام دانشگاه: □   رشته:

وضعیت زندگی:

تغییر در وضعیت مسکن □   تغییر در درآمدخانواده □   تغییر در وضعیت سلامتی □

لیست فعالیتهای انجام شده توسط مددکار:

مقرری ماهانه ■   مبلغ: ۳۵۰۰۰۰ ریال

تهیه پوشاک    اول سال □   اول پاییز □   زمانهای دیگر □
تهیه آذوقه ■
کمک جهت مسکن □   تعمیرمسکن □   اجاره مسکن □   خریدمسکن □
پرداخت شهریه □   مدرسه □   کلاسهای خصوصی □   معلم خصوصی □
تهیه لوازم تحصیلی □
کمک هزینه ایاب وذهاب به مدرسه □
اهداءجایزه □   به دلیل موفقیت تحصیلی □   به دلیل پیشرفت اخلاقی □
اهداء عیدی □   عید نوروز □   اعیاد مذهبی □   اهدای عیدی به خواهران و برادران مددجو □
کمک هزینه تهیه لوازم منزل ■   بخاری □   پنکه □   تلویزیون □   آبگرمکن □   یخچال □
اجاق گاز □   کولر □   رادیوضبط □   فرش ■   سایر □ نام ببرید:

کمک به اعضای خانواده مددجو:

سوادآموزی به اعضاءخانواده □   تعلیمات تخصصی به اعضاء خانواده □
کاریابی برای اعضاء خانواده □   کمک تحصیلی به اعضاء خانواده □

بنیاد کودک

گزارش شش ماهه

صفحه : ۲

نام ونام خانوادگی مددجو:   تقی   ابراهیمی   شماره عضویت مددجو:   شقایق۵۰۸

نیازمندیهای فوری:

نیازهای تحصیلی وغیر تحصیلی مددجو(نام ببرید):
کفش، پوشاک و لوازم التحریر

مبلغ برآوردی   ۱۵۰۰۰   ریال

نیازهای خواهران وبرادران مددجو(نام ببرید):
کفش، پوشاک و لوازم التحریر

مبلغ برآوردی   ۲۰۰۰۰   ریال

نیازهای عمومی خانواده(نام ببرید):

مبلغ برآوردی        ریال

پیام مددکار به کفیل محترم:

با سلام و احترام و ضمن تشکر از کفیل گرامی و آرزوی توفیق و سلامتی روز افزون برای شما و خانواده محترمتان اجر کار نیک شما را از پروردگار مهربان مسئلت داریم

نام مددکار:   شکراله منفرد

بسم الله

سلام‌های اسلامی را به دوست خود برسانید. با عرض سلام و خسته نباشید خدمت شما

رجا زاده محترم عبدالرحیم. همراه با سلام‌های سلامتی شما را از خداوند بزرگ خواهانم

من خواهانم نیز سلام‌ام را یاد به شما عرض نموده و از خداوند متعال از جون رسانده‌ام، همواره دارم در یاد

خواهر نه همیشه سلامت با شیرینی لطف اخلاص ماست شما. نشکولاس را کمیته‌ای روز به روز

کمتر می‌شود و من با اخلاص آسمی مسؤولیت‌هایم به تعلیم ادامه می‌دهم امیدوارم

بتوانم با لطف خداوند جست‌وجو دانستم کلاس‌ام در هم دبیرستان را با سربلندی

پشت سر بگذارم و امیدوارم از به آینده بنگرم

امیدوارم روزی برسد که لطف و محبت شما را از

پشت نموده من رجا خداوند این سپاس باشد زندگی

کنیم. میدان کنیم. به امید آن روز.

تقی ابراهیمی



بنیاد کودک

گزارش شش ماهه

صفحه : ۱

| نام ونام خانوادگی: | تقی | ابراهیمی | تاریخ تنظیم: | ۱۳۸۳ |
| شماره عضویت: | شقایق۵۰۸ | | نوبت: | اول ■ دوم □ |

**وضعیت:**

ازجهت: کاملا سلامت ■   بیمار □   معلول □   نوع بیماری یامعلولیت:

تغییر در وضعیت: تغییر مثبت ■   تغییر منفی □

**وضعیت تحصیلی:**

نوع: مدرسه دولتی ■   کلاس: دوم دبیرستان   معدل نیمه اول: ۰
مدرسه غیر انتفاعی □                              معدل نیمه دوم: ۱۶/۱۶
مدرسه نمونه مردمی □

**دوره های فوق برنامه:**

شرکت در کلاسهای فوق برنامه □   مواد درسی:
استفاده ازمعلم خصوصی □

قبولی در دانشگاه □   نام دانشگاه:   رشته:

**وضعیت زندگی:**

تغییر در وضعیت مسکن □   تغییر در درآمدخانواده □   تغییر در وضعیت سلامتی خانواده □

**لیست فعالیتهای انجام شده توسط مددکار:**

| مقرری ماهانه | ■ | مبلغ: ۳۵۰۰۰۰ ریال | | |
| تهیه پوشاک | □ | اول سال □ | اول پاییز □ | زمانهای دیگر □ |
| تهیه آذوقه | □ | | | |
| کمک جهت مسکن | □ | تعمیرمسکن □ | اجاره مسکن □ | خریدمسکن □ |
| پرداخت شهریه | □ | مدرسه □ | کلاسهای خصوصی □ | معلم خصوصی □ |
| تهیه لوازم تحصیلی | □ | | | |
| کمک هزینه ایاب وذهاب به مدرسه | □ | | | |
| اهداءجایزه | | به دلیل موفقیت تحصیلی □ | به دلیل پیشرفت اخلاقی □ | |
| اهداء عیدی | □ | عید نوروز □ | اعیاد مذهبی □ | اهدای عیدی به خواهران و برادران مددجو □ |
| کمک هزینه تهیه لوازم منزل | □ | بخاری □ پنکه □ تلویزیون □ آبگرمکن □ یخچال □ |
| | | اجاق گاز □ کولر □ رادیوضبط □ فرش □ سایر □ نام ببرید: |

**کمک به اعضای خانواده مددجو:**

| سوادآموزی به اعضاءخانواده | □ | تعلیمات تخصصی به اعضاء خانواده | □ |
| کاریابی برای اعضاء خانواده | □ | کمک تحصیلی به اعضاء خانواده | □ |
| پرداخت قرض الحسنه | □ | کمک های دیگر | □ |

بنیاد کودک | گزارش شش ماهه

صفحه : ۲

نام ونام خانوادگی:    ابراهیمی    تقی    شماره عضویت: شقایق ۵۰۸

نیازمندیهای فوری:

نیازهای تحصیلی وغیر تحصیلی مددجو(نام ببرید):

مبلغ برآوردی                            ریال

نیازهای خواهران وبرادران مددجو(نام ببرید):

مبلغ برآوردی                            ریال

نیازهای عمومی خانواده(نام ببرید):

مبلغ برآوردی                            ریال

پیام مددکار به کفیل محترم:

کودکان در آرزوی دیدنت لحظه شماری می کنند تا در آن روز با شاخه ای گل مریم سپید به دیدنت آیند وبگویند که کمک های بی دریغ شما بود که روزهای شیرین زندگی را معنا بخشید اینک امیدواریم این روزها برای شما وآنها بوجود آید وتکرار شود هرگز روزهای خوشی را که برای آنها ساختی از یاد نمی برد وبه شما که انسانیت را به کمال رساندی تبریک می گویم سپاسگزارتان هستم

نام مددکار:           شکراله منفرد