# Exhibit 5




کفیل مهربان !   سلام

من معین کلاس دوم دبستان هستم و از شما ممنونم که به من و خانواده‌ام کمک می‌کنید.

من شما را دوست دارم و سعی می‌کنم نمراتم بهتر شود تا شما از من راضی باشید. از اینکه برایم ضبط صوت خریده‌اید متشکرم.

خواهرها و برادرم هم از شما تشکر می‌کنند و برای شما سلامتی آرزو می‌کنیم.

مدادکارم نوشته بربل ملاپسنیلی برگردان غنوده است.
با تشکر - معین کردزاده -

تابستان ۱۳۸۱

کتی عزیزم اسلام

امیدوارم حال شما خوب باشه.

من امسال به کلاس پنجم می روم واز

شما خیلی ممنونم که به من و خانواده ام

کمک می کنید.

من سعی می کنم امسال بهتر درس

بخوانم تا شما خوشحال شوید.

مددکارم خانم را از خطر پل

به سیبایس برگردان نمود است.

خداگهدار
معین گرد زاده
تابستان ۱۳۸۳



بنیاد کودک

گزارش شش ماهه

صفحه : ١

| | | | |
|---|---|---|---|
| نام و نام خانوادگی مددجو: | معین | کردزاده | تاریخ تنظیم: ١٣٨١ |
| شماره عضویت مددجو: | شقایق ۴۸۶ | | نوبت گزارشگیری: اول ■ دوم ☐ |

**وضعیت سلامتی:**

ازجهت جسمی: کاملا سلامت ■   بیمار ☐   معلول ☐   نوع بیماری یا معلولیت:

تغییر در وضعیت روحی: تغییر مثبت ■   تغییر منفی ☐

**وضعیت تحصیلی:**

نوع مدرسه: مدرسه دولتی ■    کلاس: اول ابتدائی    معدل نیمه اول: ١٩/۶۶

مدرسه غیر انتفاعی ☐    معدل نیمه دوم: ١٨/٩۵

مدرسه نمونه مردمی ☐

**دوره های فوق برنامه:**

شرکت در کلاسهای فوق برنامه ☐   مواد درسی: ریاضی و دیکته بریل

استفاده از معلم خصوصی ■

قبولی در دانشگاه ☐   نام دانشگاه: ☐   رشته:

**وضعیت زندگی:**

تغییر در وضعیت مسکن ☐   تغییر در درآمد خانواده ☐   تغییر در وضعیت سلامتی ☐

**لیست فعالیتهای انجام شده توسط مددکار:**

| | | |
|---|---|---|
| مقرری ماهانه ■ | مبلغ: ٢۵٠٠٠٠ ریال | |
| تهیه پوشاک ■ | اول سال ■   اول پاییز ☐   زمانهای دیگر ☐ | |
| تهیه آذوقه ■ | | |
| کمک جهت مسکن ☐ | تعمیر مسکن ☐   اجاره مسکن ☐   خرید مسکن ☐ | |
| پرداخت شهریه ■ | مدرسه ☐   کلاسهای خصوصی ☐   معلم خصوصی ■ | |
| تهیه لوازم تحصیلی ■ | | |
| کمک هزینه ایاب و ذهاب به مدرسه ☐ | | |
| اهداء جایزه ■ | به دلیل موفقیت تحصیلی ☐   به دلیل پیشرفت اخلاقی ■ | |
| اهداء عیدی ■ | عید نوروز ■   اعیاد مذهبی ☐   اهدای عیدی به خواهران و برادران مددجو ☐ | |
| کمک هزینه تهیه لوازم منزل ■ | بخاری ☐   پنکه ☐   تلویزیون ☐   آبگرمکن ☐   یخچال ☐ | |
| | اجاق گاز ☐   کولر ☐   رادیوضبط ■   فرش ☐   سایر ☐ نام ببرید: | |

**کمک به اعضای خانواده مددجو:**

سوادآموزی به اعضاء خانواده ☐    تعلیمات تخصصی به اعضاء خانواده ■

کاریابی برای اعضاء خانواده ☐    کمک تحصیلی به اعضاء خانواده ☐

MOEIN KORDZADEH

بنیاد کودک     گزارش شش ماهه

صفحه : ۲

نام ونام خانوادگی مددجو:     معین     کردزاده     شماره عضویت مددجو:     شقایق ۴۸۶

نیازمندیهای فوری:

نیازهای تحصیلی وغیر تحصیلی مددجو(نام ببرید):
هزینه معلم خصوصی و کیف و کفش و لباس

مبلغ برآوردی     ۱۶۰۰۰۰     ریال

نیازهای خواهران وبرادران مددجو(نام ببرید):
لوازم تحریر و پوشاک - کیف و کفش

مبلغ برآوردی     ۴۰۰۰۰     ریال

نیازهای عمومی خانواده(نام ببرید):
ماشین لباسشوئی

مبلغ برآوردی     ۴۰۰۰۰     ریال

پیام مددکار به کفیل محترم:
با سلام خدمت شما کفیل گرامی و عرض قدردانی از تمامی زحمات بی دریغتان که باعث پیشرفت تحصیلی این مددجو شدید

نام مددکار:     غلامرضا کوهستانی



بنیاد کودک | گزارش شش ماهه

صفحه: ۱

نام ونام خانوادگی: معین    کردزاده    تاریخ تنظیم: ۱۳۸۳
شماره عضویت: شقایق۴۸۶    نوبت: اول ■  دوم ☐

**وضعیت:**

ازجهت جسمی:    کاملا سلامت ☐    بیمار ☐    معلول ■    نوع بیماری یامعلولیت: نابینا
تغییر در وضعیت روحی:    تغییر مثبت ■    تغییر منفی ☐

**وضعیت تحصیلی:**

نوع مدرسه:    مدرسه دولتی ■    کلاس: سوم ابتدایی    معدل نیمه اول: ۱۸،۰۵
            مدرسه غیر انتفاعی ☐                         معدل نیمه دوم: ۱۸،۴۲
            مدرسه نمونه مردمی ☐

**دوره های فوق برنامه:**

شرکت در کلاسهای فوق برنامه ☐    مواد درسی: ☐
استفاده از معلم خصوصی ☐

قبولی در دانشگاه ☐    نام دانشگاه: ☐    رشته:

**وضعیت زندگی:**

تغییر در وضعیت مسکن ☐    تغییر در درآمد خانواده ☐    تغییر در وضعیت سلامتی ☐

**لیست فعالیتهای انجام شده توسط مددکار:**

| | | | |
|---|---|---|---|
| مقرری ماهانه ■ | مبلغ: ۲۵۰۰۰۰ ریال | | |
| تهیه پوشاک | اول سال ■ | اول پاییز ☐ | زمانهای دیگر ☐ |
| تهیه آذوقه ■ | | | |
| کمک جهت مسکن ☐ | تعمیر مسکن ☐ | اجاره مسکن ☐ | خرید مسکن ☐ |
| پرداخت شهریه ☐ | مدرسه ☐ | کلاسهای خصوصی ☐ | معلم خصوصی ☐ |
| تهیه لوازم تحصیلی ■ | | | |
| کمک هزینه ایاب وذهاب به مدرسه ■ | | | |
| اهداء جایزه ■ | به دلیل موفقیت تحصیلی ☐ | به دلیل پیشرفت اخلاقی ■ | |
| اهداء عیدی ☐ | عید نوروز ☐ | اعیاد مذهبی ☐ | اهدای عیدی به خواهران و برادران مددجو ☐ |
| کمک هزینه تهیه لوازم منزل | بخاری ☐ | پنکه ☐ | تلویزیون ☐ آبگرمکن ☐ یخچال ☐ |
| | اجاق گاز ☐ | کولر ☐ | رادیوضبط ☐ فرش ☐ سایر ☐ نام ببرید: |

**کمک به اعضای خانواده مددجو:**

سوادآموزی به اعضاءخانواده ☐    تعلیمات تخصصی به اعضاء خانواده ☐
کاریابی برای اعضاء خانواده ☐    کمک تحصیلی به اعضاء خانواده ☐
پرداخت قرض الحسنه    کمک های دیگر ☐



بنیاد کودک

گزارش شش ماهه

صفحه : ۲

| نام ونام خانوادگی: | معین | کردزاده | شماره عضویت: شقایق۴۸۶ |

**نیازمندیهای فوری:**

**نیازهای تحصیلی وغیر تحصیلی مددجو(نام ببرید):**

پوشاک ولوازم التحریر مدرسه

مبلغ برآوردی    ۸۰۰۰۰۰    ریال

**نیازهای خواهران وبرادران مددجو(نام ببرید):**

پوشاک ولوازم التحریر مدرسه

مبلغ برآوردی    ۵۰۰۰۰۰    ریال

**نیازهای عمومی خانواده(نام ببرید):**

یکدستگاه کولر

مبلغ برآوردی    ۱۰۰۰۰۰۰    ریال

**پیام مددکار به کفیل محترم:**

کفیل گرامی ما به شما اطمینان می دهیم که مددجو وخانواده اش قدرشناس زحمات شما می باشند وچون در مقابل دریای احسان وسخاوتمندی شما هیچ نداریم جز عرض ارادت وسپاس وتشکر فراوان وآرزوی سلامتی وموفقیت برای شما وخانواده محترمتان شادمان وکامروا باشید

نام مددکار:    غلامرضا کوهستانی