# Exhibit 6

McLEAN, VA  22102-1216                    Date

Pay to the
Order of _Fariba Khasroghi_                              $ 500.00

_five hundred dollors_ _____ Dollars

**RIGGS**  Riggs Bank N.A.
www.riggsbank.com

For _Child Foundation_

⑉054000030⑉    14296340⑉  5407    ⑉00000050000⑉

©Clarke American

---

JAHANGIR A. TEHRANI
AFSANEH TEHRANI
8614 OLD DOMINION DR.
MC LEAN, VA  22102-1216

15-3/540  00033
14296340

5326

DATE _18 May 03_

PAY TO
THE ORDER OF _Lois Barber_                              $ 400.00

_four hundred dollors_ _____ DOLLARS

**RIGGS**  Riggs Bank N.A.
Intelsat Office
Washington, DC 20008-3098

MEMO _April + May_

⑉054000030⑉    14296340⑉  5326    ⑉00000040000⑉

---

JAHANGIR A. TEHRANI
AFSANEH TEHRANI
8614 OLD DOMINION DR.
MC LEAN, VA  22102-1216

15-3/540  00033
14296340

5328

DATE _1 July 03_

PAY TO
THE ORDER OF _Lois A Barber_                              $ 200.00

_two hundred dollors_ _____ DOLLARS

**RIGGS**  Riggs Bank N.A.
Intelsat Office
Washington, DC 20008-3098

MEMO _July_

⑉054000030⑉    14296340⑉  5328    ⑉00000020000⑉

---

JAHANGIR A. TEHRANI
AFSANEH TEHRANI
8614 OLD DOMINION DR.
MC LEAN, VA  22102-1216

15-3/540  00033
14296340

5329

DATE _1 Aug 03_

PAY TO
THE ORDER OF _Lois A Barber_                              $ 200.00

_two hundred dollors_ _____ DOLLARS

**RIGGS**  Riggs Bank N.A.
Intelsat Office
Washington, DC 20008-3098

MEMO _Aug_

⑉054000030⑉    14296340⑉  5329    ⑉00000020000⑉

MR JAHANGIR A TEHRANI
MRS AFSANEH TEHRANI
8614 OLD DOMINION DR
McLEAN, VA 22102-1216

5611

Date 26 May 04

15-3/540
00033

Pay to the
Order of  Lois A. Barber                    $ 3500.00

— thirty five hundred —                     Dollars

**RIGGS**  Riggs Bank N.A.
www.riggsbank.com

For  Sept 03 to June 04

⑆054000030⑆ 14296340⑈ 5611 ⑆00000350000⑆

©Clarke American

---

MR JAHANGIR A TEHRANI
MRS AFSANEH TEHRANI
8614 OLD DOMINION DR
McLEAN, VA 22102-1216

5574

Date 7 Nov 04

15-3/540
00033

Pay to the
Order of  Barbara Lois                      $ 400.00

four hundred dollars                        Dollars

**RIGGS**  Riggs Bank N.A.
www.riggsbank.com

For  Oct + Nov

⑆054000030⑆ 14296340⑈ 5574 ⑆00000040000⑆

©Clarke American

---

MR JAHANGIR A TEHRANI
MRS AFSANEH TEHRANI
8614 OLD DOMINION DR
McLEAN, VA 22102-1216

5677

Date Dec 6, 04

15-3/540
00033

Pay to the
Order of  Doctors without borders          $ 75.00

seventy five dollars                        Dollars

**RIGGS**  Riggs Bank N.A.
www.riggsbank.com

For

⑆054000030⑆ 14296340⑈ 5677 ⑆00000007500⑆

©Clarke American

---

MR JAHANGIR A TEHRANI
MRS AFSANEH TEHRANI
8614 OLD DOMINION DR
McLEAN, VA 22102-1216

5670

Date 28 Nov 04

15-3/540
00033

Pay to the
Order of  Lois Barber                       $ 200.00

two hundred dollars                         Dollars

**RIGGS**  Riggs Bank N.A.
www.riggsbank.com

For  for Dec.

⑆054000030⑆ 14296340⑈ 5670 ⑆00000020000⑆

McLEAN, VA 22102-1216                  Date 25 Aug 05                  523

Pay to the
Order of _____ Child Foundation _____ | $ 500.00

_____ Five hundred dollars _____ Dollars

**PNCBANK**
PNC Bank, N.A.    040
Washington DC

For Moy 05 To Oct 05

⑆054000030⑆ 53005383 07 ⑈    5895    ⑉00000050000⑉

---

MR JAHANGIR A TEHRANI
MRS AFSANEH TEHRANI
8614 OLD DOMINION DR
McLEAN, VA 22102-1216          Date Jan 24, 2005    15-3/540
                                                    00033

Pay to the
Order of _____ Police Protective Fund _____ | $ 25.00

_____ twety five dollars _____ Dollars

**RIGGS** Riggs Bank N.A.
www.riggsbank.com

For _____

⑆054000030⑆    14296340⑈    5700    ⑉0000002500⑉

---

MR JAHANGIR A TEHRANI
MRS AFSANEH TEHRANI
8614 OLD DOMINION DR
McLEAN, VA 22102-1216          Date 13 Sept 05    15-3/540
                                                    523

Pay to the
Order of _____ LOIS BARBER _____ | $ 1000.00

_____ One Thousand dollars _____ Dollars

**PNCBANK**
PNC Bank, N.A.    040
Washington DC

For Sept 05 to Jan 06

⑆054000030⑆ 53005383 07 ⑈    5915    ⑉0000100000⑉

---

MR JAHANGIR A TEHRANI
MRS AFSANEH TEHRANI
8614 OLD DOMINION DR
McLEAN, VA 22102-1216          Date 17 Oct 05    15-3/540
                                                    523

Pay to the
Order of _____ Multiple Sclerosis Foundatro _____ | $ 20.00

_____ twety dollars _____ Dollars

**PNCBANK**
PNC Bank, N.A.    040
Washington DC

For _____

⑆054000030⑆ 53005383 07 ⑈    5924    ⑉0000002000⑉

MR JAHANGIR A TEHRANI
MRS AFSANEH TEHRANI
8614 OLD DOMINION DR
McLEAN, VA 22102-1216

5515

15-3/540
00033

Date  11 Jan 04

Pay to the Order of  Fariba Akrami Khasvaghi    $ 500.00

five hundred dollars    Dollars

RIGGS  Riggs Bank N.A.
www.riggsbank.com

For  Child Foundation    Tehrani

⑈054000030⑈    1429634011  5515    ⑈00000050000⑈

---

MR JAHANGIR A TEHRANI
MRS AFSANEH TEHRANI
8614 OLD DOMINION DR
McLEAN, VA 22102-1216

5685

15-3/540
00038

Date  14 Dec 04

Pay to the Order of  Lois Barber    $ 1000.00

one thousand dollars    Dollars

RIGGS  Riggs Bank N.A.
www.riggsbank.com

For  Dec, Jan, Feb, March, April    Tehrani

⑈054000030⑈    1429634011  5685    ⑈0000100000⑈

---

MR JAHANGIR A TEHRANI
MRS AFSANEH TEHRANI
8614 OLD DOMINION DR
McLEAN, VA 22102-1216

5552

15-3/540
00033

Date  24 Sept 04

Pay to the Order of  Lois Barber    $ 600.00

six hundred dollars    Dollars

RIGGS  Riggs Bank N.A.
www.riggsbank.com

For  July, Aug, Sept    Tehrani

⑈054000030⑈    1429634011  5552    ⑈00000060000⑈

Pay to the Order of: Fariba Khasraghi    $ 500.00
five hundred dollars    Dollars

RIGGS    Riggs Bank N.A.
www.riggsbank.com

For Child Foundation

⑆054000030�⑆    14296340⑈ 5697    ⑈000005000⑈

---

**MR JAHANGIR A TEHRANI**
**MRS AFSANEH TEHRANI**
8614 OLD DOMINION DR
McLEAN, VA 22102-1216

5956

Date 14 Feb 06    15-3/540
523

Pay to the Order of: Lois Barber    $ 600.00
six hundred dollars    Dollars

**PNCBANK**
PNC Bank, N.A.    040
Washington DC

For Feb, March and April

⑆054000030⑆ 530053830 7⑈    5956    ⑈000006000⑈

---

**MR JAHANGIR A TEHRANI**
**MRS AFSANEH TEHRANI**
8614 OLD DOMINION DR
McLEAN, VA 22102-1216

5888

Date 2 Aug 05    15-3/540
523

Pay to the Order of: Lois Barber    $ 800.00
eight hundred dollars    Dollars

**PNCBANK**
PNC Bank, N.A.    040
Washington DC

For

⑆054000030⑆ 530053830 7⑈    5888    ⑈000008000⑈

---

**MR JAHANGIR A TEHRANI**
**MRS AFSANEH TEHRANI**
8614 OLD DOMINION DR
McLEAN, VA 22102-1216

CF, Gala DC 05    5693
Date 1/5/05    Gala    15-3/540
00033

Pay to the Order of: Child Foundation, Cancer Divis.    $ 99.00
Ninety nine dollars    Dollars

RIGGS    Riggs Bank N.A.
www.riggsbank.com

For

⑆054000030⑆    14296340⑈ 5693    ⑈000009900⑈