# Exhibit 7



*Reach out and touch -*
*Touch a falling leaf before it dies*
*Feel the life and see it with your eyes*
*And know that life is more*
   *than pain and lies...*
*Reach out and touch -*
*Touch a tear before*
   *it melts away*
*And let your smile bring*
*Joy to someone's day*
*Don't let your*
*kindness decay*

*Reach out and*
*touch a hand that*
*needs your inner glow*
*Let your great love*
*and kindness really show*
   *For as we reap*
   *we also must sow.*

*Reach out and touch....*

WE ARE SO SORRY IT HAS TAKEN SO LONG TO GET BACK IN TOUCH WITH YOU. WE'VE HAD SOME HEALTH ISSUES. WE DO WANT YOU TO KNOW HOW GREATFUL WE ARE FOR EVERYTHING YOU HAVE DONE FOR US. THANK YOU. MAY GOD BLESS YOU & YOU ARE ALWAYS IN OUR