# Exhibit 8

# God Bless You for Being So Special

There are certain people
we thank in our prayers
for things we appreciate so,
But try as we may,
we sometimes can't say
the words that we want them
to know.
They're people who often
go out of their way
to pitch in when there's work
to be done,
They show understanding,
they lighten our problems —
they help us in more ways than one...




$\mathcal{T}$here are certain people

we thank in our prayers,

and one of those people is you —

And this comes to say,

"May God bless you forever

for all you so thoughtfully do."



MR. & MRS. TEHRANI,

WE ARE VERY SORRY THAT IT HAS
TAKEN SO LONG TO GET IN TOUCH
WITH YOU, BUT MY MOTHER AND
I HAVE HAD SICKNESS IN THE FAMILY.
WE ARE VERY GREATFUL IN YOUR
GIFT AND WE APPRECIATE IT VERY
MUCH. WE COULD NEVER THANK YOU
ENOUGH. MAY GOD BLESS YOU AND YOU
ARE ALWAYS IN OUR PRAYERS. THANK YOU,
LOVE LOIS AND VON BARBER.