# Exhibit 9



## Your Kindness Will Never Be Forgotten

At times, we get so caught up in our own lives that we forget to respond from our hearts to those who have touched our lives in their own special way.

With this in mind, it's important that you receive the recognition and gratitude you so greatly deserve.

First of all, you're appreciated so much for what you've done. Secondly, it's comforting to know that your heart was in it. Mostly, just knowing you were so thoughtful is a true gift in itself.

You never stop caring or making a difference. With your generosity, you lift spirits and make smiles appear. And now it's your turn to smile...

Today, you're on the receiving end of the warmest thanks imaginable. Your kindness will always be remembered.

— Alicia Churchill

Thanks!!!

WE ARE SORRY THIS IS LATER COMING TO YOU. BUT WE STILL WANT TO SAY HOW MUCH WE APPRECIATE AND THANK YOU ONCE AGAIN FOR YOUR GENEROSITY. NOT MANY PEOPLE WOULD DO WHAT YOU HAVE DONE.
GOD BLESS YOU & YOUR FAMILY
LOIS & VON (DAUGHTER) BARBER