# Exhibit 10

Case 1:06-cr-00234-HHK    Document 13-11    Filed 02/02/2007    Page 1 of 3



*Just wanted to tell you*
*That you've been so very kind,*
*And each and every one of you*
*Are close...in heart and mind.*
*And then, it seems appropriate*
*To gratefully express*
*<u>A world of thanks</u>*
*<u>for all you've done</u>...*
*<u>You've brought much happiness!</u>*

*Thank You!*

JAHANGIR & FAMILY,
 WE APPRECIATE EVERYTHING YOU DO FOR US. YOU ARE OUR GUARDIAN ANGEL. MAY GOD ALWAYS BLESS YOU AND YOUR FAMILY
 THANK YOU, LOVE & PRAYERS, LOIS & VON BARBEE