# Exhibit 11



There are times
when one person
can make such a difference.
One person
who understands
all the unspoken words
in your heart.
One person
who is there for you
in good times and bad...

> ... That one person
> my friend,
> is you.
>
> <u>Thank you</u>
> <u>for being you.</u>

Mr. & Mrs. Tehrani,

Just a little note to say thank you for everything you have done for us. Maybe one day we could repay you. You have helped us out a great deal, more then you'll ever know. If ever anyone had a big heart, it's the two of you. Thank you & may God bless you. Keep us in your prayers,

Love, Lois and Von