# Exhibit 12

11-25-2006

Dear Sir or Madam,

This letter serves as a character witness for Afsaneh Tehrani. I have known Afsaneh Tehrani for over twenty years and throughout these twenty years she has been nothing but a kind, sincere and caring friend—someone whom I am proud to know and love dearly. Afsaneh has always played a special role in my life, most notably, when I was diagnosed with severe rheumatoid arthritis six years ago. Since my diagnosis, Afsaneh has always been there (and continues to be there) for me. She listens to my problems, tries to lighten my mood and provides me with all the emotional and psychological support I need as I continue to adjust living with my illness.

In addition to being an honorable friend, Afsaneh is also a kind and dedicated mother. Her world revolves around her children and she is very committed to providing them with a loving and nurturing home.

My friendship with Afsaneh has grown and matured over the past 20 years. I know Afsaneh to be an utmost respectable person-- someone who is sincere in all she does, responsible, reliable and extremely hard-working. She enriches the lives of her children, husband and friends, and I feel very blessed to have her in my life.

I can be contacted regarding this character reference letter at: 703-244-9678.

Sincerely,

*Sheida Bashiri*

Sheida Bashiri