# Exhibit 13

Nov 24, 2006
Fariba A. Khasraghi
8302 Lindside Way
Springfield, VA 22153

To Whom It May Concern:

I Fariba A. Khasraghi know Afsaneh Tehrani for the past 22 years. During all these years Afsaneh has been a dynamic person. She is a loving, caring and devoted mother, wife, daughter, sister, and a friend also I have witness her endless help and care toward needy people or any human being who needs help. She would go up and beyond her responsibilities to help any human being. Morals and honesty are her first priority for her and her loving family. All these years I and my family have been showered with her endless love and care. Afsaneh's heart is full of love and devotion and she has a broad shoulder for any one to cry on. Her door is always open and everyone is welcome to her house and all are treated with love and respect in her house. I am honored to be her friend and I feel that she is part of my family that no one can replace in my heart and soul.

Sincerely,

Fariba Khasraghi