# Exhibit 14

December, 22, 2006

To whom it may concern:

I have known Afsaneh Tehrani since the early 1990s, when I met her through her brother, with whom I was working at that time. Since then, I and my wife and our four children have developed a strong friendship with Afsaneh.

After living and working in the Washington, DC area for 18 years and becoming a United States citizen, I, along with my family, returned to live in the Southern Ontario region in 2003. But I continue to be employed at a Washington, DC-based transportation association and travel frequently to the area, which provides me an opportunity to maintain my friendship with Afsaneh.

I have come to know Afsaneh as a caring and loving individual. She has proven to be a loyal, dependable and thoughtful friend. Afsaneh's compassion for other people is on display on a daily basis at her dentist office, where her warmth and helpfulness is apparent in her relationship with her customers and staff.

As a female immigrant, who worked hard to start and maintain her own business in the United States, she should serve as an example for other immigrants and women who hope one day to succeed in the business world.

But Afsaneh's most critical contribution to our community has been as a role model for tolerance in our multi-ethnic society. Afsaneh continues to provide jobs for men and women of all races and religions and her embrace of people of all backgrounds is apparent in her warm interactions with staff and pateints. This is particularly apparent in the waiting room of her dentist office, where patients of all backgrounds wait to be served.

Afsaneh continues to enrich our community, providing opportunity, assistance and compassion to people of all races and religions. I count her as one of my dearest friends and am grateful for my friendship with such a truly inspirational person. She has much to offer our society and I look forward with gratefulness to the many contributions that she will continue to make to our community.

Regards,

Rocky Moretti
281 Regent St.,
London, ON N6A 2H3
519-642-4896