```
Notice of Appeal Criminal                                       CO-290
                                                                Rev. 3/88
```

### United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 06-CR-00234 (HHK) |
| ) | |
| AFSANEH TEHRANI ) | |
| ) | |

**NOTICE OF APPEAL**

| | |
|---|---|
| Name and address of appellant | United States of America |
| Name and address of appellant's attorney | Roy W. McLeese III<br>United States Attorney's Office<br>Room 8104<br>555 4th Street, NW<br>Washington, DC 20530 |

Offense: 18 USC 1347

Concise statement of judgment or order, giving date, and any sentence

    By Judgment of March 8, 2007, entered on docket on March 9, 2007, defendant sentenced to 1 day imprisonment with credit for time served, to be followed by 3 years of supervised release, during which defendant to be placed in a community correctional center for a period of 6 months followed by home confinement with electronic monitoring for 180 days; and an assessment of $100.00, a fine of $40,000.00, and restitution of $164,000.00.

Name and institution where now confined, if not on bail: N/A

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____   _____
DATE                          APPELLANT


CJA, NO FEE _____       _____
PAID USDC FEE _____     ATTORNEY FOR APPELLANT
PAID USCA FEE _____
Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No

```
Notice of Appeal Criminal                                    CO-290
                                                           Rev. 3/88
```

**CERTIFICATE OF SERVICE**

    I **HEREBY CERTIFY** that on this 6th day of April, 2007, one copy of the foregoing Government's Notice of Appeal was sent by first-class U.S. Mail to counsel for Afsaneh Tehrani:

        Steven D. Gordon
        Holland & Knight, LLP
        Suite 100
        2099 Pennsylvania Avenue, NW
        Washington, DC 20006


        _____
        **THOMAS J. TOURISH, JR.**
        **Assistant United States Attorney**
        555 4th Street, NW, Room 8104
        Washington, DC 20530
        (202) 514-7088