# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-3046**  **September Term, 2006**

06cr00234-01

United States of America,
    Appellant

v.

Afsaneh Tehrani,
    Appellee

Filed On:

**FILED**
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED AUG 2 2 2007
CLERK

## ORDER

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                          FOR THE COURT:
                                          Mark J. Langer, Clerk

BY: Mark Butler
      Deputy Clerk

